Associates Investment Company of Illinois, appellant, v. A. T. Peterson et al., appellees.

Opinion filed January 23, 1933.

Frank E. Doyle, C. C. Dreman and Paul J. Luker, for appellant. No appearance for appellees.

Mr. Justice Edwards delivered the opinion of the court.

Zola Lawrence, administratrix of the estate of Carlson Lawrence, deceased, appellee, v. De L. Reid, appellant.

Opinion filed January 23, 1933.

William P. Boynton, for appellant. Virgil M. Jacoby, for appellee.

Mr. Justice Edwards delivered the opinion of the court.

Louise Keilbach, appellee, v. Walter Clayton, appellant.

Opinion filed January 23, 1933.

R. Guy Kneedler, for appellant; Richard G. Kneedler, Jr., of counsel. J. P. Streuber, for appellee.

Mr. Justice Edwards delivered the opinion of the court.

Dorothy Wolfe, appellee, v. Roy Hunt et al., appellants.

Opinion filed January 23, 1933.

Sumner & Lewis, for appellants. T. H. Cunningham, for appellee.

Mr. Justice Edwards delivered the opinion of the court.

Nora B. Forester, administratrix of the estate of John W. Forester, deceased, appellant, v. Central Illinois Public Service Company, appellee.

Opinion filed January 23, 1933.

D. F. Rumsey and K. C. Ronalds, for appellant. Stevens & Herndon and Miley & Combe, for appellee; A. D. Stevens, of counsel.

Mr. Justice Fulton delivered the opinion of the court.